<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6340**

———————

HENRY T. EDMONDS,

                        Petitioner - Appellant,

     versus

LORETTA KELLY,

                        Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Chief District Judge. (CA-00-1537-AM)

———————

Submitted: August 23, 2001      Decided: August 29, 2001

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Henry T. Edmonds, Appellant Pro Se. Thomas Matthew McKenna, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Henry T. Edmonds seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Edmonds' motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. Edmonds v. Kelly, No. CA-00-1537-AM (E.D. Va. filed Feb. 5, 2001; entered Feb. 9, 2001). We deny as moot Edmonds' motion to withdraw his motion to amend his informal brief as moot and his motion for preparation of transcripts at government expense, and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED